BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KILGORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS KILGORE,<br><br>Defendant. | No. CR-06-0027 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING STATUS**<br>**APPEARANCE**<br><br>Current Date: February 13, 2006<br>Requested Date: April 24, 2006 |

Mr. Kilgore's initial appearance before this Court was on February 2, 2006. At that time the matter was put over to February 13 for status, trial setting or motion setting so that the defense could investigate Mr. Kilgore's mental health status and a potential motion to suppress. Since February 2, the defense has been working diligently to investigate the case and Mr. Kilgore's personal history. The defense has run into two complications. First, the documents for certain of Mr. Kilgore's prior convictions are incomplete. These prior convictions affect Mr. Kilgore's criminal history, as well as his offense level. Without the full documentation, defense counsel is unable to advise her client about potential exposure, and unable to competently discuss a resolution with government counsel. This delay was unexpected, and the defense is working to obtain all documentation. The defense expects to do so in the new few weeks.

1   Second, it appears that Mr. Kilgore was receiving SSDI for a mental disability. The defense has
2   started the process of obtaining those records, but has been informed by the social security
3   administration that it will take six weeks for the documents to be prepared. The records are
4   relevant to Mr. Kilgore's potential motion, as well as to his decision whether to go to trial. April
5   17 is six weeks from the date of this stipulation. However, counsel for Mr. Kilgore will be
6   unavailable from April 14 through April 23. Therefore, the parties stipulate and request that the
7   matter be continued to Monday, April 24, 2006 at 2:30 p.m.
8       In addition, the parties stipulate and request that time be excluded from February 13,
9   2006 through April 24, 2006. For the reasons outlined above, the parties stipulate and agree that
10  the ends of justice served by the continuance requested herein outweigh the best interest of the
11  public and the defendant in a speedy trial because the failure to grant the continuance would
12  deny the counsel for the defendant the reasonable time necessary for effective preparation, taking
13  into account the exercise of due diligence, and because failure to grant the continuance would
14  deny the defendant continuity of counsel. The parties therefore stipulate and agree that time
15  should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

17  March 6, 2006                                    /S/
    Date                                             Rebecca Sullivan Silbert
18                                                   Assistant Federal Public Defender

19  March 6, 2006                                    /S/
    Date                                             Kim Briggs
20                                                   Assistant United States Attorney

22                          **SIGNATURE ATTESTATION**

23      I hereby attest that I have on file all holograph signatures indicated by a "conformed"
24  signature ("/S/") within this efiled document.

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that failure to grant the continuance would deny the defendant continuity of counsel.  The Court makes this finding because defense counsel will be unavailable from April 14 though April 23, because the defense needs to obtain complete information regarding Mr. Kilgore's prior convictions, and because the defense is working to obtain Mr. Kilgore's SSDI records.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 24, 2006, and that time is excluded from February 13, 2006 to April 24, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

3/8/06

Date

*Claudia Wilken* (signature)

Honorable Claudia Wilken
Judge, United States District Court
Northern District of California