1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant KILGORE
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-06-0027 CW
                                    )
12              Plaintiff,          )   **STIPULATION AND ORDER**
                                    )   **CONTINUING STATUS APPEARANCE**
13 vs.                              )
                                    )   Current Date:   April 24, 2006
14 THOMAS KILGORE,                  )   Requested Date: May 22, 2006
                                    )
15              Defendant.          )
   _____  )
16

17     Mr. Kilgore is set to appear before this Court for a status appearance on April 24, 2006.

18 Mr. Kilgore is out of custody and is charged with one count of possessing a firearm, and one

19 count of possessing drugs for personal use. The charges arise out of a traffic stop.

20     The defense has been working diligently to investigate this matter and prepare for a

21 potential trial. However, a number of issues will not be resolved by April 24. For example, the

22 defense timely requested missing discovery, including the CAD tape and printout relating to Mr.

23 Kilgore's stop, the ATF gun trace, and lab reports disclosing the weight and composition of the

24 charged drugs, but those materials have not yet been made available. In addition, the defense

25 requested that the government do an evidence work-up, including a fingerprint check, on the

26 gun. The government has been working diligently to complete the evidence work-up, and had

Stip. to Continue to May 22, 06-0027 CW            1

1  believed that everything would be complete by April 10.  Due to factors outside of the
2  government's control, the work-up could not be completed and the results will not be received
3  until April 20, at the earliest.   The defense will not be able to look at the gun or other physical
4  evidence until after the receipt of the results.  In addition, the defense has been awaiting records
5  from the social security disability administration regarding Mr. Kilgore's reduced mental
6  capacity.  The records were timely requested, but the defense has been informed that they will
7  not arrive until April 20, at the earliest.  Counsel for Mr. Kilgore will be out of the office on a
8  previously scheduled trip from April 17 through April 21.  Thus, even if the remaining
9  government reports are prepared and provide to the defense, the evidence work-up is complete,
10 and the SSDI records are received, defense counsel will be unable to adequately review those
11 documents prior to the status appearance on April 24.   For all of these reasons, the parties
12 stipulate and request that the matter be continued to Monday, May 22, 2006 at 2:30 p.m., or any
13 other date after April 24 that is convenient for the Court.
14      In addition, the parties stipulate and request that time be excluded from April 24, 2006
15 through the date of the next appearance.  The parties agree that the ends of justice served by the
16 continuance requested herein outweigh the best interest of the public and the defendant in a
17 speedy trial because the failure to grant the continuance would deny the counsel for the
18 defendant the reasonable time necessary for effective preparation, taking into account the
19 exercise of due diligence, and because failure to grant the continuance would deny the defendant
20 continuity of counsel.  The parties therefore stipulate and agree that time should be excluded
21 pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

23  __4/14/06__                                    _____/S/_____
    Date                                           Rebecca Sullivan Silbert
24                                                 Assistant Federal Public Defender

25  __4/14/06__                                    _____/S/_____
    Date                                           Kimberly Briggs
26                                                 Assistant United States Attorney

Stip. to Continue to May 22, 06-0027 CW          2

1       Based on the reasons provided in the stipulation of the parties above, the Court hereby
2 FINDS that the ends of justice served by the continuance requested herein outweigh the best
3 interest of the public and the defendant in a speedy trial because the failure to grant the
4 continuance would deny the counsel for the defendant the reasonable time necessary for effective
5 preparation, taking into account the exercise of due diligence, and that failure to grant the
6 continuance would deny the defendant continuity of counsel.  The Court makes this finding
7 because defense counsel has been unable to receive and review necessary documents despite the
8 exercise of due diligence.

9       Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter
10 is continued to May 22, 2006, and that time is excluded from April 24, 2006, to May 22, 2006
11 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

12 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
13 "conformed" signature (/S/) within this e-filed document.

14

15       IT IS SO ORDERED.

16

17 4/18/06                                                          *Claudia Wilken*

18 Date                                                           Honorable Claudia Wilken
19                                                                    Judge, United States District Court
                                                                   Northern District of California
20

21

22

23

24

25

26