1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant KILGORE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. CR-06-0027 CW
                                       )
12              Plaintiff,             )   **STIPULATION AND ORDER**
                                       )   **CONTINUING STATUS APPEARANCE,**
13 vs.                                 )   **EXCLUDING TIME, AND SETTING**
                                       )   **DATES FOR CHANGE OF PLEA AND**
14 THOMAS KILGORE,                     )   **SENTENCING**
                                       )
15              Defendant.             )   Current Date: May 22, 2006
   _____)   Requested Date: September 18, 2006
16

17       Mr. Kilgore is set to appear before this Court for a status appearance on May 22, 2006.

18 The parties have tentatively agreed to resolve this matter with a (c)(1)(C) to a specific sentence.

19 The resolution has not received supervisory approval from the government. In addition, the

20 resolution is dependent upon an investigation arising from new information regarding the source

21 of the gun at issue in this case. Both the defense and the government are investigating the

22 information that has come to light regarding the gun. The parties expect that their tentative

23 resolution will become the final resolution of this case. However, the change of plea cannot go

24 forward until the investigation is complete. To avoid any further delay after the change of plea,

25 the parties anticipate requesting that this Court allow Mr. Kilgore to change his plea and be

26 sentenced on the same day upon this Court's return. Therefore, the parties jointly request that

1  this Court exclude time and continue Mr. Kilgore's appearance to September 18, 2006, at 2:30

2  p.m. for change of plea and sentencing.  If it appears that the change of plea will be able to

3  proceed more quickly than expected, or if either party is unable to agree to waive the PSR for

4  sentencing in September, the parties will submit a stipulation consenting to Magistrate

5  jurisdiction for change of plea during this Court's absence.  That stipulation will request that the

6  Magistrate judge take Mr. Kilgore's plea and place this matter on this Court's calendar for

7  sentencing.

8       The parties also stipulate and request that time be excluded from May 22, 2006 to

9  September 18, 2006.  The parties agree that the ends of justice served by the continuance

10 requested herein outweigh the best interest of the public and the defendant in a speedy trial

11 because the failure to grant the continuance would deny the counsel for the defendant the

12 reasonable time necessary for effective preparation, taking into account the exercise of due

13 diligence, and because failure to grant the continuance would deny the defendant continuity of

14 counsel.  The exclusion is necessary because the information regarding the source of the gun has

15 only recently come to light, and both parties require time to follow-up on the new information

16 before binding themselves to a plea agreement.  Moreover, both counsel for Mr. Kilgore and

17 counsel for the government will have periods of unavailability between May 22 and September

18 18.  The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C.

19 §§ 3161(8)(A) and (B)(iv).

20                                              /S/

21 Date: 5/18/06                          _____
                                        Rebecca Sullivan Silbert
22                                      Assistant Federal Public Defender

23                                              /S/
   Date: 5/18/06                        _____
24                                      Kimberly Briggs
                                        Assistant United States Attorney
25

26 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.

Stip. to Continue for plea and sentence on
September 18, 06-0027 CW                        2

1    Based on the reasons provided in the stipulation of the parties above, the Court hereby
2    FINDS that the ends of justice served by the continuance requested herein outweigh the best
3    interest of the public and the defendant in a speedy trial because the failure to grant the
4    continuance would deny the counsel for the defendant the reasonable time necessary for effective
5    preparation, taking into account the exercise of due diligence, and because failure to grant the
6    continuance would deny the defendant continuity of counsel.  The Court makes this finding
7    because the parties have learned new information regarding the source of the gun at issue in this
8    case, and because both counsel anticipate unavailability between May 22 and September 18.
9    Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is
10   continued to September 18, 2006 at 2:30 p.m for change of plea and sentencing, and that time is
11   excluded from May 22, 2006 to September 18, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and
12   (B)(iv).

14   IT IS SO ORDERED.

16   5/25/06                                                                    *Claudia Wilken* (signature)

     Date                                                                       Honorable Claudia Wilken
                                                                                Judge, United States District Court
                                                                                Northern District of California

Stip. to Continue for plea and sentence on
September 18, 06-0027 CW                         3