## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Wayne D. Brazil<br>U.S. Magistrate Court Judge | **RE:** | Thomas Kilgore |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR-06-00027 CW |
| **DATE:** | August 11, 2006 | | |

**FILED**
AUG 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte                                415-436-7508
U.S. Pretrial Officer Specialist            TELEPHONE NUMBER

**RE:   VIOLATION/INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 4 on FRIDAY, 8/18/06 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Order(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

/s/ Wayne D. Brazil                                    8-14-06
JUDICIAL OFFICER                                       DATE

Cover Sheet (12/03/02)

copy of cover sheet to: WDB's Stats, copy to parties via ECF
Pretrial, Sheilah, Financial