**FILED**

IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * *

SEP 1 8 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,          )       Case No. CR – 06~00027cc
                                    )
vs                                  )
                                    )
Thomas P. Kilson                    )
                                    )       ORDER FOR
                Defendant.          )       VOLUNTARY SURRENDER
                                    )

        Defendant has requested permission to report voluntarily, at
defendant's own expense, to the federal institution designated by
the Bureau of Prisons for service of defendant's sentence:

        IT IS HEREBY ORDERED THAT:

        (1)  A stay of execution of defendant's sentence is GRANTED on
the conditions set forth below, and during the period of the stay,
Defendant shall remain at large on Defendant's present cognizance.

        (2)  Defendant shall immediately report to the United States
Marshal's Office, Room 150C, 1301 Clay Street, Oakland, California,
for further instructions, which Defendant shall follow precisely.

        (3)  As notified by the United States Marshal, the Defendant
shall report to the federal institution designated by the Bureau of
Prisons on or before 2:00 p.m. on ___10 – 10 – 06_____.
If there has been no designation made prior to the surrender date,
then the Defendant is to report to the above office of the United
States Marshal by 2:00 p.m. on the surrender date.

        (4)  Any failure by Defendant to obey all requirements of this
order shall be punishable as a contempt.

        FAILURE TO APPEAR as required in this Order constitutes a
separate offense, a violation of Section 3146 of Title 18, United
States Code, and is punishable by additional imprisonment of up to
five years.

Dated:

                                    CLAUDIA WILKEN
                                    United States District Judge

cc:  U.S. Marshal
     AUSA
     Defense Attorney
     Defendant

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

USA et al,

          Plaintiff,

  v.

THOMAS P. KILGORE et al,

          Defendant.

_____ /

Case Number: CR06-00027 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kimberly Marie Briggs
U.S. Attorney's Office
Criminal Division
1301 Clay Street
Room 340S
Oakland, CA 94612

Rebecca Sullivan Silbert
Federal Public Defender's Office
555 - 12th Street, Ste. 650
Oakland, CA 94607-3627

U.S. Marshals Service

Dated: September 19, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk